**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 563 MAL 2019

           Respondent                :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

            v.                        :

                                  :

KEVIN MICHAEL WAGNER,            :

            Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.